MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
ARNOLD PETERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD PETERSON,<br><br>Defendant. | Case No. 1:18-cr-00121-LJO-SKO<br><br>**STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT** |

## STIPULATION

By previous order this matter was scheduled for a status conference on October 29, 2018. The United States of America has discovered in excess of 1,000 pages of discovery and witness interviews are continuing. Additionally, the defense needs additional time for research and case preparation. Mr. Peterson, the defendant, resides in Big Pine, California, 323 miles and 10 hours by car from the courthouse and the Court has previously accepted a waiver of his appearance at routine status conferences (Docket 12.)

Because the defense is continuing to review the discovery in this matter and needs additional time for preparation, the parties, through their respective attorneys, stipulate that the status conference be continued to Monday January 7, 2019.

In particular the parties do agree and stipulate as follows, and request the Court

make these findings:

1. Counsel for defendant requires additional time to review the voluminous discovery, to conduct research related to the charges, and to prepare the case;

2. The United States does not object to the continuance;

3. The ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act;

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the time period of October 29, 2018 to January 7, 2019, inclusive, is excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. These findings do not preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: October 19, 2018

McGREGOR W. SCOTT
United States Attorney

s/ Laura D. Withers, by authorization
LAURA D. WITHERS
Assistant United States Attorney

DATED: October 19, 2018

By: s/ Michael McKneely
MICHAEL McKNEELY
Attorneys for Arnold Peterson

ORDER

IT IS SO ORDERED.

Dated: **October 22, 2018**            /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE