| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | LAURA D. WITHERS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD PETERSON,<br><br>Defendant. | CASE NO. 1:18-CR-00121-LJO<br><br>STIPULATION FOR BRIEFING SCHEDULE & ORDER |

The United States of America, by and through Assistant United States Attorney Laura D. Withers, and defendant Arnold Peterson, by and through his attorney Michael G. McKneely, do hereby agree and stipulate to the following briefing schedule for the government's Motion to Disqualify Defense Counsel for Conflict of Interest:

- June 7, 2019: Government's initial brief due
- June 28, 2019: Defendant's response brief due
- July 8, 2019: Government's reply brief due
- July 15, 2019: Hearing on motion before Judge O'Neill at 9:45am.

1

Dated: May 24, 2019                    McGREGOR W. SCOTT
                                                United States Attorney

                                        By: /s/ LAURA D. WITHERS
                                             LAURA D. WITHERS
                                             Assistant United States Attorney

Dated: May 24, 2019

                                        By: /s/ MICHAEL G. MCKNEELY
                                            MICHAEL G. McKNEELY
                                            Counsel for Defendant Arnold
                                            Peterson

## **ORDER**

IT IS SO ORDERED.

    Dated: **May 24, 2019**                      **/s/ Lawrence J. O'Neill**