McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
VINCENTE TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00121-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ARNOLD PETERSON, | |
| Defendant. | |

Based upon the entry of a guilty plea by defendant Arnold Peterson, and the Application for Preliminary Order of Forfeiture and Publication Thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 49 U.S.C. § 46306(d) and 28 U.S.C. § 2461(c), defendant Arnold Peterson's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Aircraft, 1964 Piper PA-28-180, serial number 28-1510, bearing U.S. tail number N7568W.

2. The above-listed property constitutes aircraft whose use is related to a violation of 49 U.S.C. § 46306(b)(7).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the

PRELIMINARY ORDER OF FORFEITURE     1

United States Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 49 U.S.C. § 46306(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **December 13, 2019**        /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE