McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
VINCENTE TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00121-LJO-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ARNOLD PETERSON, | |
| Defendant. | |

WHEREAS, on December 13, 2019, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 49 U.S.C. § 46306(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Arnold Peterson, forfeiting to the United States the following property:

    a.  Aircraft, 1964 Piper PA-28-180, serial number 28-1510, bearing U.S. tail number N7568W.

AND WHEREAS, beginning on January 10, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States served notice of the preliminary order of forfeiture on Paul Baldwin and B & P Enterprises, LLC, known potentially interested parties;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Arnold Peterson, Paul Baldwin, and B & P Enterprises, LLC.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **October 20, 2020**

_____
UNITED STATES DISTRICT JUDGE